IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROBERT LEE PEARSON,                )
                                   )
            Petitioner,             )
                                   )
v.                                 )   No.  CIV-05-452-L
                                   )
RON WARD, Director of DOC,         )
                                   )
            Respondent .           )

## O R D E R

This matter is before the court for review of the Report and Recommendation entered by the Honorable Bana Roberts on June 22, 2005, in which she recommended that, with the exception of Ground Three, the Petition for Writ of Habeas Corpus be dismissed as time-barred.  Judge Roberts recommended that Ground Three of the Petition be dismissed for failure to state a cognizable claim for federal habeas relief.  On July 12, 2005, petitioner requested an extension of time to file objections to the Report and Recommendation.  The court granted petitioner's request and ordered objections be filed no later than August 1, 2005.  The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed and to date petitioner has failed to object to the Report and Recommendation. Having conducted a *de novo* review of this matter, the court finds that the Report and Recommendation should be adopted in its entirety. The Petition

for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody (Doc. No. 1) is therefore DISMISSED. Judgment will issue accordingly.

It is so ordered this __25th__ day of August, 2005.

_Tim Leonard_
TIM LEONARD
United States District Judge